UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | **CRIMINAL NO. H-05-0109** |
| | § | |
| Curtis Eugene Faultry, | § | |
| | § | |
| **Defendant.** | § | |

**MEMORANDUM AND ORDER**

Pending before the Court are Defendant's motions for discovery and inspection, Docket No. 24, and to suppress evidence, Docket No. 25. Pursuant to Local Rule 12.2, each pretrial motion must contain "an averment that the movant has conferred with the respondent, but that an agreement cannot be reached on the disposition of the motion. . . . An unopposed motion and its order must bear in the captions 'unopposed.'" CrLR 12.2. Defendant's motions do not meet the conference requirement and are therefore **DENIED WITHOUT PREJUDICE TO REFILING**.

    **IT IS SO ORDERED.**

    SIGNED at Houston, Texas, on this the ___ day of _____, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.
